**Anjay Ravindrabhai PATEL,
Petitioner-Appellant,**

v.

**WARDEN, SATELLITE PRISON CAMP, EDGEFIELD, SOUTH CAROLINA, Respondent-Appellee.**

**No. 17-6361**

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2017

Decided: August 1, 2017

Anjay Ravindrabhai Patel, Appellant Pro Se.

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anjay Ravindrabhai Patel, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge as modified and denying relief on Patel's 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Patel v. Warden*, No. 1:16-cv-01819-JMC, 2017 WL 781069 (D.S.C. Mar. 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*